# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TORIN MALONE SMITH** | : | |
| and | : | **CIVIL ACTION** |
| **AMANDA GERACI** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA POLICE OFFICER** | : | |
| **JOHN DOE** | : | |
| and | : | |
| **CITY OF PHILADELPHIA** | : | No. 21-5241 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **17th** day of **August 2022**, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF Doc. No. 3) and Plaintiffs Torin Malone Smith and Amanda Geraci's response thereto, it is hereby **ORDERED** that the Motion (ECF Doc. No. 3) is **GRANTED** without prejudice with leave for Plaintiffs to amend should they be able to plead sufficient facts to state a municipal liability claim by September 19, 2022.

BY THE COURT:

_____
**Berle M. Schiller, J.**